UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ALDO HANZE, JR., and**
**DAVID KIRKER,**
**Individually and on Behalf of All**
**Others Similarly Situated,**

     Plaintiffs,      Civil Action No. 8:17-cv-2432-EAK-AAS

v.              COLLECTIVE ACTION
                JURY TRIAL DEMANDED

**AMERICAN STRATEGIC**
**INSURANCE CORP.,**
**ASI UNDERWRITERS CORP. and**
**ARX EXECUTIVE HOLDINGS, LLP,**

     Defendants.
_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Aldo Hanze, Jr. and David Kirker, and Opt-in Plaintiffs Wilson Andrade, Gary Cleveland, Kimberly Cleveland, Aldo Hanze, Sr., Pablo Hanze, William Snyder and Rick Burks, through their undersigned counsel, hereby give notice that the above styled action is voluntarily dismissed, with prejudice, against Defendants American Strategic Insurance Corp., ASI Underwriters Corp. and ARX Executive Holdings, LLP.

  Dated:  April 11, 2018

| | |
|---|---|
| /s/ *Amber L. Karns* | /s/ *David P. Steffen* |
| **Amber L. Karns** | **David P. Steffen** |
| Florida Bar No. 0577944 | Florida Bar No. 0154717 |
| akarns@starzyklaw.com | **CONSTANGY, BROOKS, SMIITH &** |
| **Megan Mitchell** | **PROPHETE, LLP** |
| mmitchell@starzyklaw.com | 100 N. Tampa Street, Suite 3350 |
| **Michael A. Starzyk** | Post Office Box 1840 |
| mstarzyk@starzyklaw.com | Tampa, Florida  33601-1840 |
| **April L. Walter** | Telephone:     (813) 223-7166 |

1

<div style="display: flex;">

awalter@starzyklaw.com
**STARZYK & ASSOCIATES, PC**
10200 Grogan's Mill Road, Suite 300
The Woodlands, Texas  77380
Telephone:  (281) 364-7261
*Attorneys for Plaintiffs*

Facsimile:	(813) 223-2515
dsteffen@constangy.com
tampa@constangy.com
*Attorneys for Defendants*

</div>

2

5167739v.1