## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**ALDO HANZE, JR., and**
**DAVID KIRKER,**
**Individually and on Behalf of All**
**Others Similarly Situated,**

               **Plaintiffs,**                 **Civil Action No. 8:17-cv-2432-EAK-AAS**

**v.**

**AMERICAN STRATEGIC**
**INSURANCE CORP.,**
**ASI UNDERWRITERS CORP. and**
**ARX EXECUTIVE HOLDINGS, LLP,**

               **Defendants.**
_____/

### JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiffs, ALDO HANZE, JR and DAVID KIRKER, and Defendants, AMERICAN

STRATEGIC INSURANCE CORP., ASI UNDERWRITERS CORP., and ARX EXECUTIVE

HOLDINGS, LLP, through undersigned counsel, hereby file this Joint Motion for Approval of

Settlement, and state as follows:

        1.      Plaintiffs filed suit against Defendants alleging violations of the Fair Labor

Standards Act based upon an asserted misclassification as independent contractors.  They have

now settled their claims.

        2.      The Settlement Agreements, which are attached hereto as Exhibit 1, resolve all

disputed claims or potential claims relating to Plaintiffs' hours worked and pay received while

providing insurance adjusting services for Defendants, including any claims for attorney's fees

and costs.  The Parties request that the Court approve the Settlement Agreements as fair and

5199838v.1

reasonable in this case given the nature of the dispute, the legal issues involved and the risks and costs associated with further litigation.  Plaintiffs are not releasing any other claims or potential claims other than those specifically set forth herein related to their wage and hour case and any related potential retaliation claim.

3.      Reasonable allocation of attorneys' fees: The Parties also request the Court approve the amount allocated to Plaintiffs' counsel at attorneys' fees and costs as set forth in the Agreement. The Parties do not dispute the allocation of fees and costs.  Attached as Exhibit 2 to this Motion are Plaintiffs' materials showing they are entitled to the fees requested in the proposed Agreement.

WHEREFORE, for the above and foregoing reasons, the parties respectfully request that this Court approve the Settlement Agreements as a fair and reasonable resolution of a bona fide dispute under the FLSA, dismiss the action with prejudice, with each party to bear their own attorney's fees and costs, and retain jurisdiction to enforce the terms of the Settlement Agreements.

Respectfully submitted,

Dated:  May 4, 2018

/s/ *Amber L. Karns*

**Amber L. Karns**
Florida Bar No. 0577944
akarns@starzyklaw.com
**Megan Mitchell**
mmitchell@starzyklaw.com
**Michael A. Starzyk**
mstarzyk@starzyklaw.com
**April L. Walter**
awalter@starzyklaw.com
**STARZYK & ASSOCIATES, PC**
10200 Grogan's Mill Road, Suite 300
The Woodlands, Texas  77380
Telephone:  (281) 364-7261
***Attorneys for Plaintiffs***

/s/ *David P. Steffen*

**David P. Steffen**
Florida Bar No. 0154717
**CONSTANGY, BROOKS, SMIITH & PROPHETE, LLP**
100 N. Tampa Street, Suite 3350
Post Office Box 1840
Tampa, Florida  33601-1840
Telephone:     (813) 223-7166
Facsimile:     (813) 223-2515
dsteffen@constangy.com
tampa@constangy.com
***Attorneys for Defendants***

5199838v.1