UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALDO HANZE, JR., Individually and on
behalf of all others similarly situated,
DAVID KIRKER, Individually and on
behalf of all others similarly situated,
PABLO HANZE, and WILLIAM SNYDER,

    Plaintiffs,

v.                                                                                          Case No: 8:17-cv-2432-T-17AAS

AMERICAN STRATEGIC INSURANCE
CORP., ASI UNDERWRITERS CORP.,
and ARX EXECUTIVE HOLDINGS, LLLP,

    Defendants.
_____

### ORDER

Before the Court is the *Joint Motion for Settlement Approval* (the "**Motion**") (Doc. No. 51). The Court reviews and scrutinizes proposed settlements for fairness when suits are "brought directly by employees against their employer under section 216(b) to recover back wages for FLSA violations." Lynn's Food Stores. Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). Having reviewed the Motion and the proposed settlement agreements (Doc. Nos. 51-1, 51-2), it is **ORDERED** that the Motion is **GRANTED**. The settlement agreements are **APPROVED**. The Clerk is directed to close this case, and to terminate any pending motions.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida this 7th day of May, 2018.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE